# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

ARCH INSURANCE COMPANY                                PLAINTIFF

VS.                               CIVIL ACTION NO.: 1:17-CV-00150-SA-DAS

DEREK PERRY                                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CIVIL ACTION CAME ON TO BE HEARD on the joint motion of the parties for a Judgment of Dismissal with Prejudice, and the Court being advised that the parties consent to dismiss with prejudice all claims made or that could have been made, hereby dismisses all claims made or that could have been made, with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED, that all claims made or that could have been made are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED this the 14TH day of May, 2018.

_Sharion Aycock_
U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

_____
Alec Michael Taylor
Counsel for Plaintiff

_____
Robert P. Thompson
Counsel for Defendant